### RIORDAN, Respondent, v. FIRST PRESBYTERIAN CHURCH OF TREMONT, Appellant.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Appeal from city court.
Action by Sarah Riordan against the First Presbyterian Church of Tremont.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

S. A. & D. J. Noyes, for appellant.
E. J. Nathan, for respondent.
No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 26 N. Y. Supp. 38.